IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 13 |
| | : | |
| Coi Le-Tuan Fenderson | : | CASE NO. 23-61857-bem |
| Stephanie Y M Fenderson | : | |
| DEBTORS | : | |

**CERTIFICATION REGARDING REVIEW OF PROOF OF CLAIM**

COMES NOW Chris Carouthers, counsel of record for the Debtors in the above-styled Chapter 13 case, and files this Certification Regarding Review of Proof of Claim pursuant to General Order Number 9 and shows this Honorable Court the following:

1.

The Debtors filed the instant Chapter 13 proceeding on November 30, 2023.

2.

The deadline for filing proofs of claim for creditors other than a governmental unit was February 8, 2024. The deadline for filing Proofs of Claim for governmental units was May 28, 2024.

3.

I hereby certify that the following tasks have been performed on behalf of the Debtor(s) in this case:

(a) Review all filed Proofs of Claim on the Claims Register maintained by the Clerk of the Court to determine validity and also reviewed the claim status in the Trustee's Records to verify proper treatment by the Trustee;

Respectfully submitted by:

\_\_/s/_____
Nicole McAllister
GA Bar No: 653207
Attorney for Debtors
Chris Carouthers & Associates
2250 North Druid Hills Rd
Suite 131
Atlanta, GA 30329
404-634-9509

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of May, 2024, I electronically filed the foregoing Bar Certification with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir

Capital One Auto Finance, a division of Capital One, N.A.

Dated: May 31, 2024

___/s/_____
Nicole McAllister, Bar No.653207
Attorney for Debtor
2250 North Druid Hills Rd
Suite 131
Atlanta, GA 30329
404-634-9509
Nicole@chriscarouthers.com